Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Gary Cruz et al., Individually and on Behalf of All Others Similarly Situated, Appellants, v TD Bank, N.A., Respondent.

Geraldo F. Martinez et al., Individually and on Behalf of All Others Similarly Situated, Appellants, v Capital One Bank, N.A., Respondent.

Submitted September 16, 2013; decided October 10, 2013

See 711 F3d 261.

Motion by AARP et al. for leave to file a brief amici curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.

Gary Cruz et al., Individually and on Behalf of All Others Similarly Situated, Appellants, v TD Bank, N.A., Respondent.

Geraldo F. Martinez et al., Individually and on Behalf of All Others Similarly Situated, Appellants, v Capital One Bank, N.A., Respondent.

Submitted September 23, 2013; decided October 10, 2013

See 711 F3d 261.

Motion by New York Bankers Association for leave to file a brief amicus curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed.

In the Matter of Harold Hahn, Appellant, v Donald A. Williams, as County Judge of Ulster County, Respondent.

Decided October 10, 2013